SAM DAVIS, Appellant, *v.* FRANK W. SMITH, Respondent.

*Malicious prosecution — sufficiency of evidence of probable cause.*

*Davis* v. *Smith*, 209 App. Div. 126, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1924, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. The action was for malicious prosecution. The complaint alleged that defendant without reasonable or probable cause charged plaintiff before a magistrate with the crime of larceny. The Appellate Division held that there was not only evidence of probable cause but that the prosecution was meritorious.

*James Marshall* and *Louis Marshall* for appellant.

*Edward J. Flanagan* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.